UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT BRADLEY, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 2:23-CV-076-PPS-APR |
| DIXIE PRIDE INC., d/b/a BAMA FEVER, | ) |
| Defendant. | ) |

### ORDER

Plaintiff Roosevelt Bradley's Notice of Dismissal Pursuant to Rule 41(a)(1) [DE 5] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: April 6, 2023.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT